PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: James Westbrook                              Cr.: 20-00213-001
                                                               PACTS #: 6459191

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/23/2021

Original Offense:   Count One: Possession of a Firearm By a Convicted Felon: 18 U.S.C. § 922(g)(1)

Original Sentence: 19 months' imprisonment, 36 months' supervised release

Special Conditions: Drug Testing and Treatment, Consent to Search, Life Skills/Education, Support Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/29/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance.'** |
|   | On July 7, 2021, the individual under supervision submitted a urine sample for testing. On August 21, 2021, the results of the urinalysis returned positive for the presence of marijuana from the national lab.  Upon questioning, Westbrook admitted to using marijuana the week prior to the submission of his urine sample. |

U.S. Probation Officer Action:

Westbrook was informed marijuana remains a federally illegal substance. He was instructed to discontinue the use of marijuana and cautioned that any further use could result in treatment, sanctions, or other court intervention. Subsequent to his initial submission, Westbrook submitted another sample on August 9, 2021, which tested negative for all substances. At this time, no Court action is requested. The probation office will continue to monitor Westbrook's substance use, and should he continue to test positive for illicit substances; the Court will be notified, and he will be referred for substance abuse evaluation.

Prob 12A – page 2
James Westbrook

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By: MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*          09/13/2021
_____
ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

September 14, 2021
Date